**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LEON SIPES,

      Plaintiff,

v.                                                                      Case No. 04-CV-72056

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

      Defendant.

                                   /

**ORDER SETTING BRIEFING SCHEDULE**

      The court conducted an off-the-record telephone conference with counsel on

January 8, 2008.  Counsel agreed that they shall brief the threshold issue of eligibility.  If

agreement is possible, they shall stipulate to the relevant facts and submit selected

documents from the administrative record.  With or without an agreement, Plaintiff's

counsel shall further submit a courtesy copy of the administrative record, as the court

may require a review of the record.  Accordingly,

      IT IS ORDERED that Plaintiff shall file his motion to determine eligibility by

**January 22, 2008**.  Defendant's response is due on **February 5, 2008**.  Plaintiff may file

a reply brief no later than **February 19, 2008**.

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: January 8, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 8, 2008, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522
